JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID BRAYTON, an individual; | Case No.: CV13-05638 AG (VBKx) |
| Plaintiffs, | (Hon. Andrew J. Guilford, Courtroom 10D) |
| vs. | |
| Los Angeles County, Sheriff Leroy Baca, Deputy Brad Szarkowski, Deputy Campbell, and DOES 1 through, 10, inclusive, | **JUDGMENT ON SPECIAL VERDICT FOLLOWING JURY TRIAL** |
| Defendants. | **Action Filed: January 27, 2014** |
| | **Trial: June 17, 2015** |

In this matter, Plaintiff, David Brayton ("Brayton") and Defendants County of Los Angeles (COLA), Sheriff Leroy Baca ("Baca"), Deputy Kaylee Campbell ("Campbell") and Deputy Brad Szarkowski ("Szarkowski") (hereinafter collectively referred to as "Parties") stipulated for dismissal of Brayton's Cause of Action for Battery. Additionally, the Court previously granted Summary Judgment in favor of all Defendants as to Plaintiff's First Cause of Action for Violation of his Second Amendment

-1-

Rights; Third Cause of Action for Excessive Force; Fourth Cause of Action for Deliberate Indifference to Plaintiff's Medical Needs; and Fifth Cause of Action for Denial of Due Process. The Court also granted Summary Judgment in favor of Defendants County of Los Angeles and Sheriff Leroy Baca as to Plaintiff's Second Cause of Action for Unreasonable Search and Seizure. Therefore, the remaining causes of action were: Second Cause of Action for Unreasonable Search and Seizure against Deputy Kaylee Campbell and Deputy Brad Szarkowski which came on regularly for trial on June 17, 2015 in Courtroom 10 of the above-entitled United States District Court, Central District of California, the Honorable Andrew J. Guilford, Judge Presiding.

Plaintiff DAVID BRAYTON appeared by attorneys Edwin Aimufua and Jesse Hoffs. Defendants, DEPUTY KAYLEE CAMPBELL and DEPUTY BRAD SZARKOWSKI appeared by attorneys Gilbert Nishimura and Kari Kadomatsu.

A jury of 8 persons was regularly impaneled and sworn. Witnesses were sworn and testified. Following presentation of evidence, the jury was thereafter duly instructed by the Court. After arguments of counsel, the cause was submitted to the jury with directions to return a verdict on special issues. The jury deliberated and thereafter returned into Court with its verdict consisting of the issues submitted to the jury, and the answers given thereto by the jury, which said in words and figures as follows, to-wit:

///
///
///
///

## **JUDGMENT ON SPECIAL VERDICT**

We the jury, being first duly empaneled and sworn in the above entitled cause, do find as follows:

**I.      UNLAWFUL SEARCH AND SEIZURE**

1.    Do you find by a preponderance of the evidence that David Brayton's Fourth Amendment right to be free from unreasonable seizure of his person was violated by Defendants Szarkowski and Campbell, when he was arrested?

Answer: Yes _____          No  X

                                                PRESIDING JUROR

Dated:  6/23/15                           /s/_____

                                                Jury Foreperson

By reason of said special jury verdict, Defendants, DEPUTY KAYLEE CAMPBELL AND DEPUTY BRAD SZARKOWSKI are entitled to Judgment against Plaintiff DAVID BRAYTON.

Now, therefore, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiff DAVID BRAYTON have and recover nothing by reason of each of his federal claims set forth in his Complaint against Defendants, DEPUTY KAYLEE CAMPBELL AND DEPUTY BRAD SZARKOWSKI, and that Defendants DEPUTY KAYLEE CAMPBELL

///
///
///
///
///
///
///
///

1  AND DEPUTY BRAD SZARKOWSKI shall recover costs in accordance
2  with Local Rule 54.
3
4  Dated:  July 20, 2015

_____
HON. ANDREW J. GUILFORD
**United States District Court Judge**